911 A.2d 477

NEW JERSEY MANUFACTURERS INSURANCE COMPANY, PLAINTIFF–APPELLANT, v. DELTA PLASTICS CORPORATION AND FLEXSOL PACKAGING CORP., DEFENDANTS–RESPONDENTS.

Argued September 25, 2006—Decided December 4, 2006.

*Michael J. Marone,* argued the cause for appellant (*McElroy, Deutsch, Mulvaney & Carpenter,* attorneys; *Richard J. Williams, Jr.,* on the briefs).

*Leonard Rosenstein,* argued the cause for respondents (*Vasios, Kelly & Strollo,* attorneys).

*Lance J. Kalik,* submitted a brief on behalf of amici curiae, Insurance Council of New Jersey, American Insurance Association, Property Casualty Insurers Association of America and National Association of Mutual Insurance Companies (*Riker Danzig Scherer Hyland & Perretti,* attorneys; *Mr. Kalik and Ronald Z. Ahrens,* on the brief).

PER CURIAM.

This appeal comes to us as of right, based on a dissent filed in the Appellate Division. *N.J. Mfrs. Ins. Co. v. Delta Plastics Corp.,* 380 *N.J.Super.* 532, 883 *A.2d* 399 (2005).

The case, like its companion, *Charles Beseler Co. v. O'Gorman & Young, Inc.,* 188 *N.J.* 542, 911 *A.2d* 47 (2006), decided today, involves application of the C.5. exclusion in a standard Workers' Compensation and Employers Liability Insurance Policy to an employer's claim for coverage against an employee's common-law action. As in *Beseler,* the employee claims bodily injuries that resulted from employer conduct "substantially certain" to cause injury. The trial court held that the insurer did not have to provide a defense for the employer to the employee's complaint because the exclusion applied. The Appellate Division reversed.

*Delta Plastics Corp., supra,* 380 *N.J.Super.* at 535, 883 *A.*2d 399. For the reasons set forth in our decision in *Beseler,* we affirm the judgment of the Appellate Division majority below.

*For affirmance*—Chief Justice PORITZ and Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE and RIVERA-SOTO—7.

*Opposed*—None.